Karl HARMS, Employee/Appellant,

v.

**E & L WRIGHT BRICK & BLOCK,**
Employer/Respondent,

and

**American Family Mutual Insurance**
**Company, Insurer/Respondent.**

No. 72437.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 16, 1997.

James E. Lownsdale, St. Louis, for employee/appellant.

Todd D. Hilliker, St. Louis, for employer/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Claimant, Karl Harms, appeals from a workers' compensation award issued by the Labor and Industrial Relations Commission.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).